# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:

**BRIGGITTE HARPER**

    Debtor(s)

: CHAPTER 13 PROCEEDINGS
: CASE NO:. 16-14876
: JUDGE ARTHUR I. HARRIS
: **DEBTOR'S NOTICE OF CONVERSION**
: **TO CHAPTER 7**
:

Now come the Debtor(s) by and through Counsel, and hereby give notice that she is converting her present case to a Chapter 7 case pursuant to 11 U.S.C. Section 1307 (a).

Respectfully submitted,

/s/ ROBERT J. BERK
**ROBERT J. BERK- 0001031**
Attorney for Debtor(s)
2000 Lee Road, Suite 114
Cleveland Heights, Ohio 44118
O: (216) 241-3880
F: (216) 241-5366

## CERTIFICATE OF SERVICE

Certification is hereby made that a true and correct copy of this Notice was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List on the 13th day of February, 2018.

Lauren A. Helbling, Chapter 13 Trustee at: ch13trustee@ch13cleve.com

and to all creditors listed in Debtor's Voluntary Petition Pursuant to the list filed on the courts website by regular U.S. Mail, postage prepaid to all parties on the attached creditor list.

/s/ROBERT J. BERK
**ROBERT J. BERK-0001031**
Attorney for Debtor(s)

Capital One
ATTN: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0285

Charles Johnson
10402 Harvard Avenue, #1
Cleveland, OH 44105

Dia G. Bethal
10402 Harvard Avenue, #5
Cleveland, OH 44105

Ella Wilkinson
10402 Harvard Avenue, Ste #2
Cleveland, OH 44105

Federal Loan Servicing Credit
P.O. Box 60610
Harrisburg, PA 17106

First Merit Services
295 First Merit Circle
Akron, OH 44307

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

Kohls/Capone
P.O. Box 3115
Milwaukee, WI 53201

Lawrence Saunders
10402 Harvard Avenue, Suite 4
Cleveland, OH 44105

Mark Wilkinson
10402 Harvard Avenue, #3
Cleveland, OH 44105

Social Security Administration
14930 St. Clair Ave.
Cleveland, OH 44110


Suntrust Bank/American Education
P.O. Box 61047
Harrisburg, PA 17106


U.S. Bank Home Mortgage
4801 Fredericka Street
Owensboro, KY 42301